# DISTRICT COURT OF MARYLAND FOR _____

**LOCATED AT (COURT ADDRESS)**

**CASE NO.** CV D8CV19 14813

**PARTIES**

Plaintiff: NANCY SNEAD
4414 Manorview
Baltimore MD 21229

vs.

Defendant(s):
1. TSA Claims Outreach
6015 S. 12th Street
Arlington, VA 20598-6009

Serve by: ☐ Certified Mail  ☒ Private Process  ☐ Constable  ☐ Sheriff

## COMPLAINT/APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT

☒ $5,000 or under  ☐ over $5,000  ☐ over $10,000

Clerk: Please docket this case in an action of ☐ contract ☒ tort ☐ replevin ☐ detinue ☐ bad faith insurance claim

The particulars of this case are:

TSA broke lock, seizure of property, loss property personal items, I was not contact or notified prior to invasion. Requesting reimbursement and cost of filing this civil action of $136.45.

The Plaintiff claims $136.45 plus interest of $TBD. Interest at the ☐ legal rate ☒ contractual rate calculated at 10 %, from 10/22/18 Present days x $____ per day) and attorney's fees of $____ plus court costs.

☒ Return of the property and damages of $136.45 for its detention in an action of replevin.
☒ Return of the property, or its value, plus damages of $____ for its detention in action of detinue.
☐ Other: ____

and demands judgment for relief.

Signature of Plaintiff/Attorney/Attorney Code

Printed Name: Nancy Snead
Address: 4414 Manorview Rd 21229
Telephone Number: 443-348-7507
Fax: N/A
E-mail: N/A

**ATTORNEYS**
For Plaintiff - Name, Address, Telephone Number & Code

## MILITARY SERVICE AFFIDAVIT

☐ Defendant(s) _____ is/are in the military service.
☒ No Defendant is in the military service. The facts supporting this statement are: _____

Specific facts must be given for the Court to conclude that each Defendant who is a natural person is not in the military

☐ I am unable to determine whether or not any Defendant is in military service.
I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in the aforegoing Affidavit are true and correct to the best of my knowledge, information, and belief.

Date _____   Signature of Affiant _____

## APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT (See Plaintiff Notice on Back Page)

Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the Defendant clearly of the claim against the Defendant, including the amount of any interest claimed.
☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet
☐ Vouchers ☐ Check ☐ Other written document ☐ _____ ☐ Verified itemized repair bill or estimate
☐ I HEREBY CERTIFY: That I am the ☐ Plaintiff ☐ _____ of the Plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the Defendant to the Plaintiff the sum set forth in the Complaint.
I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters.

Date _____   Signature of Affiant _____

DC-CV-001 (front) (Rev. 01/2016)   Print Date (01/2016)